United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH,

       Petitioner,

    v.

JUDGE REARDON, et al.,

       Respondent.

Case No.  19-cv-08384-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus to challenge his 2007 conviction if he ever obtains permission to do so from the United States Court of Appeals for the Ninth Circuit

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 21, 2020

SUSAN ILLSTON
United States District Judge